UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No.: 3:13-CR-21-TAV-JEM-1 |
| PAUL DELUDE, | ) ) ) |
| Defendant. | ) |

## ORDER

This criminal matter is before the Court on the Report and Recommendation ("R&R") entered by United States Magistrate Judge Jill E. McCook on May 28, 2025 [Doc. 67], recommending that the Court deny as moot the government's Motion for Order of Continuing Garnishment [Doc. 60] and enter the proposed agreed order of garnishment [Doc. 66-1].

There have been no timely objections filed to the R&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2). After carefully reviewing the matter, the Court agrees with Judge McCook's recommendation and reasoning, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 67]. Therefore, the government's Motion for Order of Continuing Garnishment [Doc. 60] is **DENIED as moot**, and the government's Motion for Approval of Agreed Order of Garnishment [Doc. 66] is **GRANTED**. An appropriate order will enter [*See* Doc. 66-1].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE